FIFTH COURT OF APPEALS

RE: Case No. 05 -17-01033-CV

Trial Court Case  CC-17-00628-E

October 13, 2017

To the County Court at Law # 5 Court reporter, or

Whom This May Concern,

The Plaintiff Demetra Wysinger as P.O.A. for Pro Se Litigants Prince Wysinger, Tyswayla Mitchell and 2 minor children in court case CC -17-00628-E, sent a written request for court transcript from proceedings where a Summary Judgement was rendered in favor of Defendants on July 28, 2017 and the order was signed on August 1, 2017 about a month ago. We received a couple of return phone calls saying Plaintiffs needed to pay $ 400 a and to send a copy of pauper's affidavit. ( no longer needs affidavit ) We called the county clerk and she said to tell the court reporter that the pauper's affidavit could be accessed online, and we would not be responsible to pay the fee that we cannot afford.

We were also told we needed to be more exacting in our request; therefore, we are sending this new request. We ask that the court reporter please send transcripts of the hearing for  cause number CC -17-00628-E titles Demetra Wysinger As P.O.A. for Pro Se Plaintiffs, Tyswayla Mitchell, Prince Wysinger, and minor children which was held on July 28, 2017 with judgement signed August 1, 2017 in favor of GEICO and also the transcripts from Summary hearing held on September 22,  held for Farmers and Montgomery Motor Company in same cause number because mention of information which has bearing on the  GEICO summary judgement appeal was mentioned in that hearing.  Please send transcript to The Appeals court and provide Plaintiffs with a copy.   A copy of this letter is being filed with Appeals Court. Thank you and have a great day.

Demetra Wysinger as P.O.A. for Pro Se Litigants,

 PrinceLouis Wysinger. Tyswayla Mitchell, and minor children

 3700 REESE DRIVE, Dallas , Texas 75210

Teachie7@Yahoo.com

( 469 ) 364 -2501

B ckkjjnh